IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARDOQUEO MORAN-CARILLO,** : | |
| : | |
| Petitioner : | |
| : | **CIVIL NO. 3:CV-16-1610** |
| v. : | |
| : | **(Judge Caputo)** |
| **CRAIG A LOWE**, *et al.*, : | |
| : | |
| **Respondent**s : | |

**O R D E R**

**AND NOW**, this **23rd** day of **AUGUST, 2016**, in accordance with the accompanying memorandum, it is **ORDERED** that:

1. Pursuant to Fed. R. Civ. P. 41(b), Mr. Carrillo's Habeas Petition (Doc. 1) filed pursuant to 28 U.S.C. § 2241 is dismissed with prejudice for failure to prosecute.

2. The Clerk of Court is directed to close this case.

3. Any appeal from this Order would not be taken in good faith.

                                                    **/s/ A. Richard Caputo**
                                                    **A. RICHARD CAPUTO**
                                                    **United States District Judge**